IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH R. FENWICK** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **DELAWARE TITLE LOANS, INC.** : | **NO. 21-4170** |

### O R D E R

    **AND NOW, TO WIT:**   This 18th day of November, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

                                         **KATE BARKMAN**, Clerk of Court

                              **BY:** *Jean M. Pennie* (signature)
                                         Jean M. Pennie
                                         Deputy Clerk

Civ 2 (8/2000)
41(b).frm